UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

IN RE: BETTY L. MCCLANAHAN                    CASE NO. 16-62232
              Debtor
_____/
SETERUS, INC.
              Movant
v.
BETTY L. MCCLANAHAN
              Debtor/Respondent
And
HERBERT L. BESKIN,
              Trustee/Respondent
_____/

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

To the Honorable Rebecca B. Connelly, United States Bankruptcy Judge:

In response to the Motion for Relief filed by Movant, your Debtor, by counsel, states as follows:

1. Your Debtor admits the statements in paragraphs 1, 2, 3, 4, and 5 of the Motion.

2. Your Debtor has insufficient information to admit or deny the statements in paragraphs 6, 7, 8, and 9 of the Motion.

3. Your Debtor admits the statements in paragraph 10 of the Motion.

4. Your Debtor denies the statements in paragraph 11 of the Motion.

WHEREFORE, your Debtor, by counsel, requests that the relief sought by Movant be denied, and that she have such other and further relief as is just and appropriate.

                                        BETTY L. MCCLANAHAN

                                        By counsel

/s/Douglas E. Little
DOUGLAS E. LITTLE, ATTORNEY AT LAW VSB#15238
710 East High St. (P.O. Box 254)
Charlottesville, VA 22902
434/977-4500
Counsel for the Debtor

CERTIFICATE

I certify that a true copy of the foregoing Response was electronically transmitted to counsel for the Movant this 28th day of April, 2017.

/s/Douglas E. Little