UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

In re:    BETTY L. MCCLANAHAN                                Case No. 16-62232
                                                             Chapter 13
            Debtor.

**APPLICATION FOR APPOINTMENT OF PROFESSIONAL**

Comes now the undersigned, who is the Debtor in the above captioned case. The undersigned represents the following:

1. The case was commenced by the Debtor's petition filed in the United States aBankruptcy Court for the Western District of Virginia, and it is necessary to employ a realtor to assist the Debtor in marketing its real estate in this Chapter 13 proceeding.

2. The specific facts necessary for the employment of a realtor are:

The Debtor is an individual whose principal asset is real estate located in the City of Charlottesville, Virginia. The Debtor's intentions are to sell this real estate in order to provide funds for payment on the claims of its creditors.

3. The reasons for the selection of the realtor to be employed are the realtor's expertise in marketing this type of real estate and the realtor's familiarity with the property.

4. For the foregoing reasons the undersigned desires to employ:
    Core Real Estate, LLC

5. The compensation of said realtor to be employed is 6% of the gross sales price of the Debtor's real estate or any part thereof.

6. If this case is a case under chapter 7, to the best of applicant's knowledge the fees and expenses reasonably estimated to perform the above services will be          N/A

7. If this is a case under chapter 7, to the best of applicant's knowledge the services should result in a return to the estate of approximately    N/A

8. To the best of applicant's knowledge all of the connections of the person to be employed with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are set forth below:
( X ).    None

9. Applicant has advised the person to be employed of the potential limitations of compensation pursuant to 11 U.S.C. § 328.

cApplication for Appointment of  Professional
Betty L. McClanahan 16-62232

      10. A true copy of this application was served on the Chapter 13 Trustee.  If immediate employment authorization is necessary the Chapter 13 Trustee has waived the 10 day notice by endorsement of the order of employment.

      WHEREFORE, applicant prays for approval of the employment of the above named realtor with compensation and expenses to be paid as an administrative expense in such amounts as this court may hereinafter determine and allow.


                                      BETTY L. MCCLANAHAN
Dated:  May 19, 2017
                         By:    Counsel

**VERIFIED STATEMENT OF PERSON TO BE EMPLOYED, CERTIFICATE OF SERVICE, AND ORDER**

VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

All of my connections with the debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are set forth below:

(X) None

Further, I am aware of the potential compensation limitations set forth in 11 U.S.C. § 328.

**DECLARED** under penalty of perjury this 19th day of May, 2017.

                CORE REAL ESTATE, LLC

                /s/Andrew Baldwin

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing application has been served on the Chapter 13 Trustee, by electronic transmission on the 24th day of May, 2017.

            By: /s/Douglas E. Little

ORDER OF EMPLOYMENT

This Court has considered the foregoing application to employ, and the verified statement of the person to be employed in support thereof. It appears that said person is a disinterested person; that all connections required to be disclosed, if any, have been disclosed; and that the employment of said person is in the best interest of this estate. Therefore, it is

**ORDERED** that the employment of said person designated in the foregoing application is hereby authorized. It is further ordered that the employment is authorized under terms and conditions set forth in said application, with compensation and expenses to be paid in such amounts as may be allowed by this Court upon proper application or applications submitted.

Copies of this Order are to be served upon the Debtor, Counsel for Debtor, and Chapter 13Trustee.

Date:_____    _____
                Judge

SEEN AND NO OBJECTION:

/s/Herbert L. Beskin
Chapter 13Trustee